IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 25 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

CHRISTINA PATRICE JACKSON,       §
                                 §
            Plaintiff,           §
                                 §
VS.                              §   NO. 4:14-CV-756-A
                                 §
CAROLYN W. COLVIN, ACTING        §
COMMISSIONER, SOCIAL SECURITY    §
ADMINISTRATION,                  §
                                 §
            Defendant.           §

ORDER

Came on for consideration the above-captioned action wherein Christina Patrice Jackson is plaintiff and the Acting Commissioner of Social Security, currently Carolyn W. Colvin, ("Commissioner") is defendant.  This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits and supplemental security income benefits under the Social Security Act. On November 5, 2015, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until November 19, 2015, in which to file and serve any written objections thereto. No objections were timely filed.

1

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits filed on May 13, 2011, plaintiff, Christina Patrice Jackson, is not disabled under section 216(i) or 223(d) of the Social Security Act, be, and is hereby, affirmed.

The court further accepts the recommendation of the magistrate judge and further ORDERS the decision of the Commissioner that, based on the application for supplemental security income filed on May 13, 2011 , plaintiff, Christina Patrice Jackson, is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED November 25, 2015.

_____
JOHN McBRYDE
United States District Judge